In the Matter of the Estate of HILDA WESTBERG, Deceased.
SELMA V. WESTBERG et al., Appellants; CLARA L. GRUNTHAL,
Respondent.

Submitted April 22, 1940; decided April 26, 1940.

Motion for leave to reopen motion to dismiss appeal and that motion to dismiss be reargued on the same papers denied, with ten dollars costs. (See 279 N. Y. 316.)

SADIE GOLDMAN, Appellant, v. ANNA SONTAG et al.,
Respondents.

Submitted April 26, 1940; decided April 26, 1940.

*Benjamin M. Goldstein* for appellant.
*John D. Lyons* for respondent.
Appeal dismissed.